



## MEMORANDUM OPINION

No. 04-08-00389-CV

**IN RE** Clifton **McGARITY**, Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Justice
Sandee Bryan Marion, Justice
Rebecca Simmons, Justice

Delivered and Filed:   June 25, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Clifton McGarity, Jr. petitions for a writ of mandamus directing the trial court to vacate its "judgment/order" dated May 22, 2008 in the underlying suit to remove a cloud on title. To justify relief by mandamus, a relator must demonstrate he has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (stating requirements for mandamus relief). The order in question is final and appealable and thus McGarity is not entitled to mandamus relief. Accordingly, the petition for a writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2008-CI-01376, styled *Raymond Daniels v. Clifton McGarity, Jr.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Barbara Nellermoe presiding.